PHILLIPS NIZER LLP

485 Lexington Ave
New York, NY 10017-2643
212.977.9700
Fax 212.262.5152

Continental Plaza
433 Hackensack Avenue
Suite 803
Hackensack, NJ 07601
201.487.3700

www.phillipsnizer.com

New York • New Jersey

Mark M. Elliott
(212) 841-0741
melliott@phillipsnizer.com

January 14, 2022

**VIA ECF**

Honorable Vincent Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Civil Rights Corps, et al. v. Georgia Pestana, et al.*, 21-cv-9128 (VM)

Dear Judge Marrero:

    This firm represents Defendant Diana Maxfield Kearse ("Kearse") in the above-referenced action. I write in response to Plaintiffs' motion to unseal Exhibits 1 through 7 (the "Exhibits") of the Complaint (ECF #1, #9). Kearse adopts the arguments made in Defendants Andrea E. Bonina and Hector LaSalle's letter dated January 14, 2022 (ECF #48) and in Defendants Georgia Pestana and Melinda Katz's letter dated January 14, 2022 (ECF #49) in opposition to Plaintiffs' motion.

                          Very truly yours,

                          */s/ Mark M. Elliott*
                          Mark M. Elliott

Cc:    All parties (via ECF)

3248948.1