UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIVIL RIGHTS CORPS, CYNTHIA GODSOE, NICOLE SMITH FUTRELL, DANIEL S. MEDWED, JUSTIN MURRAY, ABBE SMITH, AND STEVEN ZEIDMAN,<br><br>                            Plaintiffs,<br><br>v.<br><br>GEORGIA PESTANA, Corporation Counsel of the City of New York, in her official and personal capacity; MELINDA KATZ, the District Attorney for Queens County, in her official and personal capacity; ANDREA E. BONINA, Chair of the State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, in her official and personal capacity; DIANA MAXFIELD KEARSE, Chief Counsel of the State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, in her official and personal capacity; and HECTOR D. LASALLE, Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, in his official capacity,<br><br>                            Defendants. | Case No. 21 Civ. 9128 (VM)<br><br>Hon. Victor Marrero |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ira M. Feinberg, of the law firm Hogan Lovells US LLP hereby appears as counsel for *amici* The New York Times Company, The Associated Press, Pro Publica Inc., and Newsday LLC in the above captioned case and respectfully requests that all further pleadings and papers in this action be sent to the undersigned at the address provided below. I certify that I am admitted to practice in this Court and am a registered electronic case filing user.

| | |
|---|---|
| Dated:  New York, New York<br>　　　　March 8, 2022 | Respectfully submitted,<br><br>By:  /s/ Ira M. Feinberg_____<br><br>HOGAN LOVELLS US LLP<br>Ira M. Feinberg<br>390 Madison Avenue<br>New York, New York 10017<br>Telephone: (212) 918-3000<br>Fax: (212) 918-3100<br>ira.feinberg@hoganlovells.com<br><br>*Counsel for Amici Curiae* |