# Figueira Decl. Ex. 6



*State of New York*
*Supreme Court, Appellate Division*

*Attorney Grievance Committee*
*For The Third Judicial Department*

*286 Washington Avenue Extension*
*Suite 200*
*Albany, NY 12203-6320*

*(518) 285-8350*
*fax (518) 453-4643*
*www.nycourts.gov/ad3/agc*

### INSTRUCTIONS FOR FILING A COMPLAINT FOR PROFESSIONAL MISCONDUCT AGAINST AN ATTORNEY

Thank you for contacting the Attorney Grievance Committee for the Third Judicial Department ("Committee"). Attached hereto is a Complaint Form. Please review the information set forth below prior to filing a complaint.

**Prior to Drafting a Complaint**

Making a complaint against an attorney is a very serious matter. Before taking that step it is often wise for the complainant to first, communicate with the attorney, preferably in writing, in an attempt to mutually work out a solution to existing problems or disputes, or pursue alternative methods of settling attorney-client disputes, if available. Once a complaint is filed, it cannot be withdrawn.

If a person believes that an attorney has engaged in professional misconduct, he or she may file a complaint against the attorney. Pursuant to the Rules for Attorney Disciplinary Matter (22 NYCRR Part 1240), the Committee's authority is to review complaints and determine if an attorney has engaged in professional misconduct in violation of the New York State Rules of Professional Conduct (22 NYCRR Part 1200). The Committee has limited authority to discipline attorneys for rude behavior, attorney-client disagreements, or the belief that an attorney did a poor job in representing a client.

**Drafting a Complaint**

Please complete the Complaint Form as legibly as possible, preferably in type set form, setting forth a clear and concise statement of facts outlining the circumstances of the alleged professional misconduct. If available, provide copies of any documents, including retainer agreements, bills and other written evidence that support the allegations. Please do not provide original supporting documents as they will not be returned. If applicable, include the names, addresses, and contact numbers for any witnesses who can support the allegations. You may submit additional pages to the Complaint Form if required. Should you prefer, you may attach a typed letter and/or explanation to the Complaint Form. Separate Complaint Forms must be completed and filed if multiple attorneys are involved. You must provide your address and telephone number on the Complaint Form, in addition to affixing your signature thereon.

**Filing the Complaint**

Filing a complaint with the Committee may be done by either of the following methods:

**Mail:**
If you are filing your complaint by mail, please send the Complaint Form and any attachments to the Committee's office at the address set forth above.

**Electronically:**
If you are filing your complaint electronically, please submit the Complaint Form and any attachments using the link for the **complaint form**, which is available on the Committee's website at **nycourts.gov/ad3/agc.**

06292021

**Please be advised that a Complaint Form submitted without a signature will not be accepted and will be returned.**

Additional information, including an Overview of the Attorney Disciplinary Process can be found on the Committee's webpage listed above.  **Please allow sixty days for the initial processing of your complaint.**

Should you have questions, please e-mail the Committee at <u>AD3AGC-IU@nycourts.gov.</u>  Please be advised that the Committee is prohibited from providing any legal advice or assisting you with pursing any legal claim which you may have against an attorney, including a claim for legal fees.  If you need legal advice and/or wish to pursue a claim, you should consult with a lawyer of your own choosing.