# Figueira

# Decl. Ex. 11

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2003 by Merriam-Webster, Incorporated

First Printing 2003

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
        p.     cm.
    Includes index.
    ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
    1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
    PE1628.M36     2003
    423—dc21                                    2003003674
                                                      CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

12TT:QWV03

: to free from a yoke or harness 1
*rchaic* : to unharness a draft animal 2
——— ~ *vi* : to open by or as if by means

—ward, fr. OE *ūp*; partly fr. ME *uppe* on
*ūf* up and prob. to L *sub* under, Gk
*hupo* — more at OVER] (bef. 12c) 1 a (1) : in or into
away from the center of the earth (2)
water to the surface (3) : from beneath
(5) : in or into an upright position (6)
b from the ground or surface (pull ~ a
particular surface 2 : with greater inten-
a better or more advanced state b : at
in or into a state of greater intensity or
er speed, rate, or amount ⟨prices went ~
e : in continuance from a point or to a
t prices of $10 and ~⟩ up to 1 : capa-
n, prominence, or prevalence (2) : into
: into consideration or attention ⟨bring
possession or custody 8 a : so as
y : BY ⟨lay ~ supplies⟩ 8 a : so as
⟨et ~ NORTHWARD⟩ (3) : to or at the top
inal stage 9 : in or into parts 10 : to a
ng, fetch, or pull 11 : for each side

above the horizon ⟨the sun is ~⟩ b
ed and relatively high ⟨the river is ~⟩
being in a raised position : LIFTED ⟨leg is
of completion : CONSTRUCTED, BUILT
: mounted on a horse ⟨a race jockey ~
corn is ~⟩ 1 (1) : moving, inclining, or
(2) : bound in a direction regard-
agitation, excitement, or joy ⟨was all ~
demeanor b : being above a former or
intensity⟩ ⟨attendance is ~⟩ ⟨the wind
wer (as for operation) ⟨sail when steam
hly prepared e : going on : taking place
en from a lower position ⟨men ~ from
n level or point ⟨did not feel ~ to par⟩
AST ~ on the news⟩ (2) : being on
o d : being ahead of one's opponent 4
consideration ⟨contract ~ for negoti-
court ⟨~ for robbery⟩ b : being that
next) — up against 1 : confronted with
(we are up against) — up to 1 : capa-
gh (feels up to the task) 2 : engaged in
the responsibility of ⟨it's up to me⟩
motor to indicate motion to or
y point of ⟨went ~ the stairs⟩ b : upr
garret —Mark Twain⟩ 2 : in a direc-
ed —the street⟩ b : toward or near a
ginning of ⟨sail ~ the river⟩ 3 : in the
(the wind)

r advantageous position 2 : an upward
prosperity or success 4 : *UPPER 5 : a
e electric charge of +2/3 and that is one

n; upped; up·ping ⟨*vi* or *in vi 2*⟩ of
ing or sitting position b : to move sud-
in *and* and another verb to indicate that
was either surprisingly or abruptly in-
~ *vt* 1 : RAISE, LIFT 2 : to advance
ASE (2) : PROMOTE 1a b : RAISE 8d, e
(ichigan)

ire. 1755) 1 : marked by alternate up
nt, action, or career 2 : PERPENDICU-

: AND FRO ⟨paced *up and down*⟩ 2 :
ard ⟨jump *up and down*⟩ 3 *archaic*
t an area 4 : with regard to every part
the territory *up and down*⟩ — up and

53) : an honest or respectable course

u-*pa-nə-shad*, n [Skt *upaniṣad*] (1805)
ks dealing with broad philosophic prob-
alay *pohon upas* poison tree] (1814) a
*utiaria toxicaria*) of the mulberry family
enous glycosides used as arrow poison 2
trate of the juice or latex of a upas 2
ore institution
: an unaccented beat or portion of a beat
the last beat of the measure 2 : an in-
c ⟨business that is on the ~⟩
, OPTIMISTIC ⟨I'm feeling today⟩ —
stroke in playing a bowed instrument
s the strings from the tip to the heel —
b·rey·den, fr. OE *upbregdan*; prob. D
suddenly — more at BRAID] (12c) 1
with 2 : to reproach severely : scold
—up·braid·er *n*

1520) : early training; *esp* : a particular
g a strict ~⟩
bilt'), -build·ing (1513) : BUILD UP
something cast up

---

²**up·chuck** \ˈəp-ˌchək\ *vb* (1929) : VOMIT
**up·close** *adv or adj* (1653) : at close range
**up·coast** \ˈəp-ˈkōst\ *adv* (1909) : up the coast
**up·com·ing** \ˈəp-ˌkə-miŋ\ *adj* (1943) : FORTHCOMING, APPROACHING
**up·coun·try** \ˈəp-ˌkən-trē\ *adj* (1910) : of, relating to, or characteristic
    of an inland, upland, or outlying region ⟨an ~ farm⟩ — **up·country**
    *n* — **up·country** \-ˈkən-\ *adv*
**up·date** \ˌəp-ˈdāt\ *vt* (1941) : to bring up to date
**²up·date** \ˈəp-ˌdāt\ *n* (1965) 1 : an act or instance of updating 2 : cur-
    rent information for updating something : an up-to-date version,
    account, or report
**up·draft** \ˈəp-ˌdraft, -ˌdräft\ *n* (ca. 1887) : an upward movement of gas
    (as air)
**up·end** \ˌəp-ˈend\ *vt* (1823) 1 : to set or stand on end; *also* : OVERTURN
    2 a : to affect to the point of being upset or flurried ⟨a ... literary
    shocker, designed to — the credulous puritons —Wolcott Gibbs⟩ b
    : DEFEAT, BEAT — *vi* : to rise on an end
**up·field** \ˈəp-ˈfēld\ *adv or adj* (ca. 1938) : in or into the part of the field
    toward which the offensive team is headed
**up·front** \ˌəp-ˈfrənt, ˈəp-ˌ\ *adj* (1945) : being or coming in or at the
    front: as **a** (1) : being in a conspicuous or leading position (2)
    : FRANK, FORTHRIGHT **b** : playing in a front line (as in football) **c**
    : paid or payable in advance
**up·front** *adv* (1937) 1 : in or at the front 2 : in advance 3 : in an up-
    front manner : FRANKLY, FORTHRIGHTLY
**up·grade** \ˈəp-ˌgrād\ *n* (1873) 1 : an upward grade or slope 2 : IN-
    CREASE, RISE 3 : IMPROVEMENT 2b
**²up·grade** \ˈəp-ˌgrād, ˌəp-ˈ\ *vt* (1901) 1 : to raise or improve the grade of:
    as **a** : to improve ⟨livestock⟩ by use of purebred sires **b** : to advance
    to a job requiring a higher level of skill *esp.* as part of a training pro-
    gram **c** : to raise the quality of **d** : to raise the classification and usu.
    the price of without improving the quality **e** : to extend the usefulness
    of ⟨as a device⟩ **f** : to assign a less serious status to ⟨*upgraded* the pa-
    tient's condition to good⟩ — *vi* : to improve or replace esp. software or
    a device for increased usefulness — **up·grad·abil·i·ty** *or* **up·grade·**
    **abil·i·ty** \ˌəp-ˌgrā-də-ˈbi-lə-tē\ *n* — **up·grad·able** *or* **up·grade·able**
    \ˈəp-ˌgrā-də-bəl, ˌəp-ˈ\ *adj*
**up·growth** \ˈəp-ˌgrōth\ *n* (1844) : the process of growing upward : DE-
    VELOPMENT; *also* : a product or result of this
**up·heave** \ˌəp-ˈhēv, ˈəp-ˌ\ *vb* (1838) 1 : the action or an instance
    of upheaving esp. of part of the earth's crust 2 : extreme agitation or
    disorder : radical change; *also* : an instance of this
**²up·heave** \ˌəp-ˈhēv, ˈəp-ˌ\ *vt* (13c) : to heave up : LIFT — *vi* 1 : to
    move upward esp. with power — **up·heav·er** *n*
**up·hill** \ˈəp-ˈhil\ *adj* (1613) 1 : situated on elevated ground 2 a : going
    up 2 : ASCENDING 3 : being the higher one or part esp. of a set; *specif*
    : being nearer the top of an incline 3 : DIFFICULT, LABORIOUS
**up·hold** \ˌəp-ˈhōld, ˈəp-ˌ\ *vt* (13c) 1 : to give support as if from below 2 a
    : to support against an opponent (2) : to keep elevated
    **b** : to lift up  *syn* see SUPPORT — **up·hold·er** *n*
**up·hol·ster** \ˌəp-ˈhōl-stər, ˌ-ˈpōl-\ *vt -stered; -ster·ing* \-st(ə-)riŋ\
    [back-formation fr. *upholsterer*] (1849) : to furnish with or as if with up-
    holstery — **up·hol·ster·er** \-stər-ər\ *n*
**up·hol·stery** \-st(ə-)rē\ *n, pl* **-ster·ies** [ME *upholdester* upholsterer, fr.
    *upholden* to uphold, fr. *up + holden* to hold] (1597) : materials (as fab-
    ric, padding, and springs) used to make a soft covering esp. for a seat
**UPI** *abbr* United Press International
**up·keep** \ˈəp-ˌkēp\ *n* (1884) 1 : the act of maintaining in good condi-
    tion : the state of being maintained in good condition 2 : the cost of
    maintaining in good condition
**up·land** \ˈəp-lənd, -ˌland\ *n* (1566) 1 : high land esp. at some distance
    from the sea : PLATEAU 2 : ground elevated above the lowlands along
    rivers or between hills — **upland** *adj* — **up·land·er** \-lən-dər, -ˌlan-\ *n*
**upland cotton** *n* (1819) : a widely cultivated American cotton plant
    (*Gossypium hirsutum*) having short- to medium-staple fibers
**upland sandpiper** *n* (ca. 1890) : a large short-
    billed American sandpiper (*Bartramia longi-
    cauda*) that frequents fields and prairies —
    called also *upland plover*

upland sandpiper

**up·lift** \ˌəp-ˈlift\ *vt* (14c) 1 : to lift up : ELE-
    VATE; *esp* : to cause (a portion of the earth's sur-
    face) to rise above adjacent land 2 : to im-
    prove the spiritual, social, or intellectual condi-
    tion of — *vi* 1 : RISE — **up·lift·er** *n*
**²up·lift** \ˈəp-ˌlift\ *n* (ca. 1845) 1 : an act, process,
    result, or cause of uplifting: as **a** (1) : the up-
    lifting of a part of the earth's surface (2) : an
    uplifted mass of land **b** : a bettering of a condi-
    tion esp. spiritually, socially, or intellectually **c**
    (1) : influences intended to uplift (2) : a social
    movement to improve esp. morally or culturally
    2 : a brassiere designed to hold the breasts up
**up·link** \ˈəp-ˌliŋk\ *n* (1968) 1 : a communica-
    tions channel for transmissions to a spacecraft or satellite; *also* : the
    transmissions themselves 2 : a facility on earth for transmitting to a
    spacecraft or satellite — **uplink** *vb*
**²up·load** \ˈəp-ˌlōd, ˌəp-ˈ\ *vt* (1980) : to transfer (as data or files) from a
    computer to the memory of another device (as a larger or remote com-
    puter)
**up·man·ship** \ˈəp-mən-ˌship\ *n* (1959) : ONE-UPMANSHIP
**up·mar·ket** \ˈəp-ˈmär-kət\ *adj* (1972) : UPSCALE — **upmarket** *adv*
**upon** \ə-ˈpȯn, -ˈpän\ *prep* (12c) : ON
**²upon** \ə-ˈpȯn, -ˈpän\ *adv* (13c) **1** *obs* : on the surface : on it **2**
    : THEREAFTER, THEREON
**up·per** \ˈəp-ər\ *adj* [ME, compar. of *up*] (14c) **1 a** : higher in physical
    position, rank, or order ⟨the ~ lip⟩ ⟨~ management⟩ **b** : farther in-
    land ⟨the ~ Mississippi⟩ **2** : constituting the branch of a bicameral
    legislature that is usu. smaller and more restricted in membership and

---

possesses greater traditional prestige than the lower house **3 a** : con-
    stituting a stratum relatively near the earth's surface **b** *cap* : being a
    later epoch or series of the period or system named ⟨*Upper* Creta-
    ceous⟩ ⟨*Upper* Paleolithic⟩ **4** : NORTHERN ⟨~ Manhattan⟩
**²upper** *n* (1789) : one that is upper: as **1** : the parts of a shoe or boot
    above the sole **b** : an upper tooth or denture **c** : an upper berth —
    **on one's uppers** : in straitened circumstances : DESTITUTE
**³upper** *n* [*up + -er*] (ca. 1968) **1** : a stimulant drug; *esp* : AMPHETAMINE
    **2** : something that induces a state of good feeling or exhilaration
**up·per·case** \ˌəp-ər-ˈkās\ *adj* [fr. the compositor's practice of keeping
    capital letters in the upper of a pair of type cases] (1738) : CAPITAL 1
**uppercase** *n* ca. 1916 : capital letters
**uppercase** *vt* **-cased; -cas·ing** (1949) : to print or set in capital letters
**upper case** *n* (1683) : a type case containing capitals and usu. small
    capitals, fractions, symbols, and accents
**upper-class** *adj* (1837) : of, relating to, or characteristic of the upper
    class
**upper class** *n* (1814) : a social class occupying a position above the
    middle class and having the highest status in a society
**up·per-class·man** \ˌəp-ər-ˈklas-mən\ *n* (1871) : a member of the junior
    or senior class in a school or college
**upper crust** *n* (1836) : the highest social class or group; *esp* : the high-
    est circle of the upper class — **upper–crust** *adj*
**up·per·cut** \ˈəp-ər-ˌkət\ *n* (1842) : a swinging blow (as in boxing) direct-
    ed upward with a bent arm — **uppercut** *vb*
**upper hand** *n* (15c) : MASTERY, ADVANTAGE, CONTROL ⟨was deter-
    mined not to let the opposition get the *upper hand*⟩
**up·per·most** \ˈəp-ər-ˌmōst\ *adj* (15c) 1 : in into the highest or most
    prominent position ⟨the ~ layer⟩ ⟨safety was ~ in their minds⟩ —
    **uppermost** *adv*
**up·per·part** \ˈəp-ər-ˌpärt\ *n* (1525) : a part lying on the upper side (as of a
    bird)
**upper respiratory** *adj* (1950) : of, affecting, or being the part of the
    respiratory system that includes the nose, nasal passages, and na-
    sopharynx ⟨*upper respiratory* tract⟩ ⟨*upper respiratory* infection⟩
**up·pish** \ˈəp-ish\ *adj* (1677) : UPPITY — **up·pish·ly** *adv* — **up·pish·**
    **ness** *n*
**up·pi·ty** \ˈəp-ə-tē\ *adj* [prob. fr. *up + -ity* (as in *persnickity*, var. of *per-
    snickety*)] (1880) : putting on or marked by airs of superiority : ARRO-
    GANT, PRESUMPTUOUS ⟨~ technicians⟩ ⟨a small ~ country⟩ — **up·**
    **pi·ti·ness** *also* **up·pi·ty·ness** *n*
**up·raise** \ˌəp-ˈrāz\ *vt* (14c) : to raise or lift up : ELEVATE
**up·rate** \ˌəp-ˈrāt\ *vt* (1965) : UPGRADE; *specif* : to improve the power
    output of (as an engine)
**up·rear** \ˌəp-ˈrir\ *vt* (14c) 1 : to lift up 2 : ERECT — *vi* 1 : RISE
**up·right** \ˈəp-ˌrīt\ *adj* (bef. 12c) 1 a : PERPENDICULAR, VERTICAL **b**
    : erect in carriage or posture **c** : having the main axis or a main part
    perpendicular ⟨~ bearing⟩ 2 : marked by strong moral rectitude ⟨an
    ~ person⟩ — **up·right·ly** *adv* — **up·right·ness** *n*
    *syn* UPRIGHT, HONEST, JUST, CONSCIENTIOUS, SCRUPULOUS, HONOR-
    ABLE mean having or showing a strict regard for what is morally right.
    UPRIGHT implies a strict adherence to moral principles ⟨a stern and
    *upright* minister⟩. HONEST stresses adherence to such virtues as truth-
    fulness, candor, fairness ⟨known for being *honest* in business deal-
    ings⟩. JUST stresses conscious choice and regular practice of what is
    right or equitable ⟨workers given *just* compensation⟩. CONSCIEN-
    TIOUS and SCRUPULOUS imply an active moral sense governing all
    one's actions and painstaking efforts to follow one's conscience ⟨con-
    *scientious* in the completion of her assignments⟩ ⟨*scrupulous* in carry-
    ing out the terms of the will⟩. HONORABLE suggests a firm holding to
    codes of right behavior and the guidance of a high sense of honor and
    duty ⟨a difficult but *honorable* decision⟩.
**²upright** *adv* (12c) : vertically upward : in an upright position
**³upright** *n* (1683) 1 : the state of being upright : PERPENDICULAR ⟨a
    pillar out of ~⟩ 2 : something that stands upright; *esp* : a football
    goalpost — usu. used in pl. 3 : UPRIGHT PIANO
**upright piano** *n* (1857) : a piano with vertical frame and strings —
    compare GRAND PIANO
**up·rise** \ˌəp-ˈrīz\ *vi* **up·rose** \-ˈrōz\; **up·ris·en** \-ˈri-z'n\; **up·ris·ing**
    \-ˈrī-ziŋ\ (14c) 1 a : to rise to a higher position **b** (1) : STAND UP (2)
    : to get out of bed **c** : to come into view esp. from below the horizon
    2 : to rise up in sound — **up·ris·er** \ˌəp-ˈrī-zər, ˈəp-ˌ\ *n*
**²up·rise** \ˈəp-ˌrīz\ *n* (14c) 1 : an act or instance of uprising 2 : an up-
    ward slope
**up·ris·ing** \ˈəp-ˌrī-ziŋ\ *n* (13c) : an act or instance of rising up; *esp* : a
    usu. localized act of popular violence in defiance usu. of an established
    government  *syn* see REBELLION
**up·roar** \ˈəp-ˌrōr\ *n* [by folk etymology fr. D *oproer*, fr. MD, fr. *op up*
    (akin to OE *ūp*) + *roer* motion; akin to OE *hrēran* to stir] (1526) : a state
    of commotion, excitement, or violent disturbance
**up·roar·i·ous** \ˌəp-ˈrȯr-ē-əs\ *adj* (1800) **1** : marked by uproar **2**
    : very noisy and full **3** : excessively funny ⟨an ~ comedy⟩ — **up·roar·**
    **i·ous·ly** *adv* — **up·roar·i·ous·ness** *n*
**up·root** \(ˌ)əp-ˈrüt, -ˈrut\ *vt* (ca. 1620) 1 : to remove as if by pulling up
    2 : to pull up by the roots 3 : to displace from a country or traditional
    habitat  *syn* see EXTERMINATE — **up·root·ed·ness** *n* — **up·root·er**
    *n*
**up·rush** \ˈəp-ˌrəsh\ *n* (1871) 1 : an upward rush (as of gas or liquid) 2
    : a sudden increase ⟨an ~ of energy⟩ ⟨an ~ of emotion⟩
**UPS** *abbr* uninterruptible power supply
**ups and downs** *n pl* (1659) : alternating rise and fall esp. in fortune
**up·scale** \ˈəp-ˌskāl\ *adj* (1966) : relating to, being, or appealing to afflu-
    ent consumers; *also* : of a superior quality — **upscale** *adv or vt*
**up·set** \(ˌ)əp-ˈset\ *vb* **-set; -set·ting** *vt* (1677) 1 : to thicken and short-
    en (as a heated bar of iron) by hammering on the end 2 : to

---

\ə\ abut \ˈə, ˌə\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \o̍\ law \o̍i\ boy \th\ thin \th\ this \ü\ loot
\y\ yet \zh\ vision, beige \k, n, œ, ü, ᵫ\ *see* Guide to Pronunciation