# Figueira Decl. Ex. 12



SINCE 1828

GAMES & QUIZZES THESAURUS WORD OF THE DAY FEATURES
SHOP
Buying Guide M-W Books
JOIN MWU

- MY WORDSMY WORDS     RECENTS settings log out
- LOG IN
- REGISTER

Case 1:21-cv-09128-VM   Document 80-12   Filed 03/31/22   Page 3 of 10

» upon

dictionary
thesaurus

Log in Sign Up
Hello,
Games & Quizzes Thesaurus Word of the Day Features Buying Guide M-W Books Join MWU

- My WordsMy Words
- View Recents
- Account

Log Out

# upon

preposition
Save Word

To save this word, you'll need to log in.

Log In

up·on | \ ə-ˈpȯn , -ˈpän \

## Definition of *upon*

(Entry 1 of 2)

: on

upon

adverb
up·on | \ ə-ˈpȯn , -ˈpän \

Definition of *upon* (Entry 2 of 2)

1 obsolete : on the surface : on it
2 obsolete : thereafter, thereon

Synonyms   Example Sentences   Phrases Containing *upon*   Learn More About *upon*

## Synonyms for *upon*

Synonyms: Preposition

- against,
- on

Visit the Thesaurus for More »

## Examples of *upon* in a Sentence

Preposition He carefully placed the vase *upon* the table. They built their city *upon* a cliff overlooking the sea. She was seated *upon* a throne. an assault *upon* traditional values She was admitted to his office immediately *upon* her arrival. That kind of behavior is frowned *upon*.
See Less
Recent Examples on the Web: Preposition Other stars employed by Disney — including Kerry Washington, Josh Gad, Oscar Isaac and more — have also spoken out about the stance the company first took *upon* learning of the legislation. — Glenn Rowley, *Billboard*, 23 Mar. 2022 Much like a bank account, the social capital established within a workplace is drawn *upon* to confront the tactical and strategic challenges encountered by individuals, teams, functional departments and entire enterprises. — Mark Settle, *Forbes*, 25 Jan. 2022 There was a man LaGanga came *upon*, his head bloody. —

Case 1:21-cv-09128-VM   Document 80-12   Filed 03/31/22   Page 4 of 10

Shannon Luibrand, *CBS News*, 10 Sep. 2021 See More

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'upon.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

## Phrases Containing *upon*

act on/upon

alight on/upon

be conditioned on/upon

bread upon the waters

by/on/upon request

call upon

chance upon

come upon

decide on/upon

See More

act on/upon

alight on/upon

be conditioned on/upon

bread upon the waters

by/on/upon request

call upon

See More

## First Known Use of *upon*

Preposition

12th century, in the meaning defined above

Adverb

13th century, in the meaning defined at sense 1

## Learn More About *upon*

Share *upon*

Post the Definition of upon to Facebook    Share the Definition of upon on Twitter 

Time Traveler for *upon*



### The first known use of *upon* was in the 12th century

See more words from the same century

## Dictionary Entries Near *upon*

Upolu

upon

upon further review of

See More Nearby Entries

## Statistics for *upon*

Last Updated

26 Mar 2022

Look-up Popularity

Top 1% of words

Cite this Entry

"Upon." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/upon. Accessed 28 Mar. 2022.

**Style:** MLA
MLA Chicago APA Merriam-Webster
Seen & Heard
People are talking about

**Definition of FLUFFERNUTTER**

Andrew

Alternate definition: an improvised explosive -source: Nott the Brave Mighty Nien Critical…

**Definition of COUNTERSALIENT**

FEK

…stumbled upon it when I was looking up the etymology of the French word word…

**Definition of GASLIGHTING**

A.Forbers

"Gas Light" was the title of a popular movie made in 1938-9 featuring Angela…

**Definition of MASTIGOPHOR**

J Perry

It was used in the novel 'Headlong by Thomas Love Peacock. The dir…

## What made you look up this word?

Please tell us where you read or heard it (including the quote, if possible).

Log in   Sign up

Tell us here

Sort by Best

**Suieshie** · 4 November, 2021

And he said unto me, My grace is sufficient for thee: for my strength is made perfect in weakness. Most gladly therefore will I glory in my infirmities, that the power of Christ may rest upon me.

2 Corinthians 12:9

Reply 👍 1 👎

**IliaziFatmir** · 14 June, 2011

Upon means "it is made". The nuance can be found only in the Albanian.

Reply 👍 5 👎

**ST** **Sione Tukia** · 16 January, 2022

It has appeared in the bible; Luke 4:18 The spirit of the Lord is upon me,

Reply 👍 👎

**Show More Comments**

Powered by OpenWeb                                      Terms  |  Privacy  |  Feedback

More Definitions for *upon*

upon

preposition

up·on | \ ə-ˈpȯn 🔊 , ə-ˈpän \

## Kids Definition of *upon*

**:** on entry 1 I put the plate *upon* the table. … she was glad to be an ordinary person who would never be called *upon* for courage.— Lois Lowry, *Number the Stars*

More from Merriam-Webster on *upon*

Nglish: Translation of *upon* for Spanish Speakers

Britannica English: Translation of *upon* for Arabic Speakers



**WORD OF THE DAY**

# decimate 🔊

See Definitions and Examples »

Get Word of the Day daily email!

SUBSCRIBE

**Test Your Vocabulary**

Name That Animal



- otter
- honey badger
- beaver
- gopher

Can you spell these 10 commonly misspelled words?

TAKE THE QUIZ

A daily challenge for crossword fanatics.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

WORDS AT PLAY

### Regarding the Incorrect Use of 'Decimate'

- Stop complaining about this word

### Words of the Week - March 25

- We explore 'Hatch Act,' 'tornado,' and more

### Aloof, Wallflower, and More Words for Introverts

- Words for the shy and bashful

### Obscure Words

- We strive to bring you the rarest words possible

**ASK THE EDITORS**

### Ending a Sentence with a Preposition

- An old-fashioned rule we can no longer put up with.

### Words of the Year: 1066

- English was never the same after the Norman Conquest

- ### How to Remember 'Affect' and 'Effect'

  A simple way to keep them apart. (Most of the time.)

- ### Ghost Word

  The imaginary word that snuck past our editors

**WORD GAMES**

- ### Name that Food

  Can you tell your macaroons from your macarons?

  **TAKE THE QUIZ**

- ### Great Words for Scrabble

  Words to improve your Scrabble game

  **TAKE THE QUIZ**

- ### Spell It

  Can you spell these 10 commonly misspelled words?

  **TAKE THE QUIZ**

Learn a new word every day. Delivered to your inbox!

Your email address

BSCRI >

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY

- SCRABBLE® WORD FINDER

- MERRIAM-WEBSTER DICTIONARY API

- NGLISH - SPANISH-ENGLISH TRANSLATION

- BRITANNICA ENGLISH - ARABIC TRANSLATION

**FOLLOW US**

Browse the Dictionary:  A  B  C  D  E  F  G  H  I  J  K  L  M
N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us |
Join MWU | Videos | Word of the Year | Vocabulary Resources | Law Dictionary |
Medical Dictionary | Privacy Policy | Terms of Use

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2022 Merriam-Webster, Incorporated