# Figueira

# Decl. Ex. 14

## Oxford English Dictionary | The definitive record of the English language

# † upon, *adv*.

**Frequency (in current use):**

**Etymology:** Elliptical use of ᴜᴘᴏɴ *prep.*

*Obsolete* (exc. *archaic* in sense 1b).

**1.**

   **a.** On it; on or upon the surface.

1307   in M. Sellers *York Memorandum Bk.* (1912) I. 181 Lether with the here apon.

‣ *a*1382   *Bible* (Wycliffite, E.V.*)* (Douce 369(1)) (1850) Ecclus. xxxiii. 6 An hors courser..vnder eche man vpon sittende neȝeth.

1547   in A. Feuillerat *Documents Office of Revels Edward VI* (1914) 13 Changeable Taffita stripyd vpon with blewe golde dornix.

1567   in *Rep. Hist. MSS. Comm.* (1907) IV. 90 A clothe of blacke and redd wroughte with goulde vpon.

1600   W. Sʜᴀᴋᴇsᴘᴇᴀʀᴇ *Merchant of Venice* ii. vii. 57 A coyne that beares the figure of an Angell stampt in gold, but thats insculpt vpon.

   **b.** On one's person, as an article of apparel. ***clothed upon***, after biblical use (see quot. 1611.) Cf. ᴄʟᴏᴛʜᴇ *v.* 9.

*a*1366   *Romaunt Rose* 364 A chapelet, so semly oon, Ne werede neuer mayde vpon.

*c*1386   G. Cʜᴀᴜᴄᴇʀ *Friar's Tale* 84 He [*sc.* a gay yeoman] hadde vp-on a courtepy of grene.

1390   J. Gᴏᴡᴇʀ *Confessio Amantis* II. 246 And sche..hir scherte dede upon And caste on hire a mantel clos.

1446   J. Lʏᴅɢᴀᴛᴇ *Two Nightingale Poems* ii. 123 Whan Crist Ihesu was for mankynd dede And had vpon a garnement ful newe.

*a*1513   H. Bʀᴀᴅsʜᴀᴡ *Lyfe St. Werburge* (1521) I. xii. sig. e.ii His gloues, his gyrdell, the kynge had vpon.

1611   *Bible* (King James*)* 2 Cor. v. 2 Desiring to be clothed vpon with our house, which is from heauen.

1643   J. Cᴀʀʏʟ *Expos. Job* (1676) I. 1885 Those bodies of Saints..shall be cloathed upon with a house which is from Heaven.

1895   L. Jᴏʜɴsᴏɴ *Poems* 34 Old ramparts, gray and stern; But comely clothed upon With wealth of moss and fern.

1930   *Month* Mar. 230 Ancient stones, like Ezekiel's dry bones, need to be clothed upon.

**2.**

   **a.** Into or to a position on a surface or object; so as to be put or placed on the thing in question.

1382   *Bible* (Wycliffite, E.V.*)* Num. xvii. 2 Of echon the name thow shalt vpon write [L. *superscribes*] to his ȝerde.

*c*1400   *Lanfranc's Cirurgie* 219 Make it abrood upon a clooþ & leie it vpon hoot.

*c*1440   *Pallad. on Husb.* vii. 106 Do donge vppon and vmbe on euery side.

1534   *Bible* (Tyndale rev. Joye*)* Luke xx. 18 But on whosoever it faul vpon, it wyll grynde him to powder.

   **b.** In a direction towards something indicated or specified.

*c*1475   ( ‣ *?c*1400)   *Apol. Lollard Doctr.* (1842) 2 Þer for, if we wil, we mai calle bischoppis, locars up on.

1609   W. Sʜᴀᴋᴇsᴘᴇᴀʀᴇ *Troilus & Cressida* v. vi. 10 *Aiax* Ile fight with him alone stand Diomed. *Diom*. He is my prize, I will not looke vpon. *Troy*. Come both you cogging Greekes haue at you both.

a1616   W. Shakespeare *Henry VI, Pt. 3* (1623) ii. iii. 27   Whiles the Foe doth..looke vpon, as if the Tragedie Were plaid in iest, by counterfetting Actors.

**3.** On or upon that (in time or order); thereafter, thereupon. Esp. coupled with *anon*, *near*, *soon*.

See also hereupon *adv.*, thereupon *adv.*, whereupon *adv.*

14..   *Lydgate's Bochas* v. 2898   Afftir whos deth anon vpon [*MS. Harl. 1245* vpon anoon] suyng, To Euergetes..She was ageyn ioyned in mariage.

c1440   *Generydes* 1926   Thanne came the prince of Cesare sone vppon.

c1440   *Generydes* 6632   Kyng auferius fell seke anon vppon.

?1523   J. Fitzherbert *Bk. Husbandry* f. viii   So that they be sowen or the begynnyng of March or soone vpon.

1603   W. Shakespeare *Hamlet* i. ii. 178   *Ham*. I thinke it was to see my mothers wedding. *Hor*. Indeede my Lord, it followed hard vpon.

1609   W. Shakespeare *Troilus & Cressida* iv. iv. 3   It is great morning, and the houre prefixt..Comes fast vpon .

a1616   W. Shakespeare *Measure for Measure* (1623) iv. vi. 14   The..Citizens Haue hent the gates, and very neere vpon The Duke is entring.

**4.** By way of addition, increase, etc.

a1485   J. Fortescue *Wks.* (1869) 487   Why will God put vppon newe turments ovir the travaile of ther labour?

This entry has not yet been fully updated (first published 1926; most recently modified version published online December 2021).

Copyright © 2022 Oxford University Press. All rights reserved.