𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱
𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔑𝔢𝔴 𝔜𝔬𝔯𝔨

------------------------------------------------------------------- x

CIVIL RIGHTS CORPS; CYNTHIA GODSOE, NICOLE SMITH FUTRELL; DANIEL S. MEDWED, JUSTIN MURRAY; ABBE SMITH; and STEVEN ZEIDMAN,

                        *Plaintiffs*,

                      - against -

GEORGIA PESTANA, Corporation Counsel of the City of New York, in her official and personal capacity; MELINDA KATZ, the District Attorney for Queens County, in her official and personal capacity; ANDREA E. BONINA, Chair of the State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, in her official and personal capacity; DIANA MAXFIELD KEARSE, Chief Counsel of the State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, in her official and personal capacity; and HECTOR D. LASALLE, Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, in his official capacity;

                      *Defendants.*

**NOTICE OF APPEAL**

1:21-cv-09128-VM

------------------------------------------------------------------- x

     Notice is hereby given that defendants Georgia Pestana, in her personal capacity, and Melinda Katz, in her personal capacity, appeal to the U.S. Court of Appeals for the Second Circuit from the order of the U.S. District Court for the Southern District of New York (Marrero, J.), entered June 13, 2022 (ECF No. 94).

Dated: New York, New York
July 12, 2022

> Hon. Sylvia O. Hinds-Radix
> *Corporation Counsel*
> *of the City of New York*
> Attorney for Defendants
>
> By: /s/ Devin Slack
> Devin Slack
> Assistant Corporation Counsel
>
> 100 Church Street
> New York, New York 10007
> 212-356-0817
> dslack@law.nyc.gov

To: Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
212-336-2000

*Counsel for Plaintiffs*

2