UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIVIL RIGHTS CORPS, CYNTHIA GODSOE, NICOLE SMITH FUTRELL, DANIEL S. MEDWED, JUSTIN MURRAY, ABBE SMITH, AND STEVEN ZEIDMAN, <br><br>                               Plaintiffs, <br><br> v. <br><br> STEVEN STEIN CUSHMAN, in his official capacity as Corporation Counsel of the City of New York, GEORGIA PESTANA, former Corporation Counsel of the City of New York, in her personal capacity; MELINDA KATZ, the District Attorney for Queens County, in her official and personal capacity; ANDREA E. BONINA, Chair of the State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, in her official and personal capacity; DIANA MAXFIELD KEARSE, Chief Counsel of the State of New York Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts, in her official and personal capacity; and HECTOR D. LASALLE, Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, in his official capacity, <br><br>                               Defendants. | Case No. 21 Civ. 9128 (VM) (VF) <br><br> Hon. Victor Marrero <br><br> Hon. Valerie Figueredo |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gargi Chaudhuri, a member of the law firm of Patterson Belknap Webb & Tyler LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Plaintiffs in the above-captioned action, and requests that all subsequent papers be served at the address indicated below.

Date: October 10, 2022
New York, New York

        Respectfully submitted,

        /s/ Gargi Chaudhuri
        Gargi Chaudhuri, Reg. No. 5661574
        PATTERSON BELKNAP WEBB & TYLER LLP
        1133 Avenue of the Americas
        New York, New York 10036
        Tel: 212-336-2549
        Fax: 212-336-1291
        gchaudhuri@pbwt.com

        *Attorney for Plaintiffs Civil Rights Corps, Cynthia Godsoe, Nicole Smith Futrell, Daniel S. Medwed, Justin Murray, Abbe Smith, and Steven Zeidman*