

www.pbwt.com

November 11, 2022

Elisabeth Shane
212-336-2659
eshane@pbwt.com

**By ECF**

Gargi Chaudhuri
212-336-2549
gchaudhuri@pbwt.com

Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: ***Civil Rights Corp, et al., v. Steven Stein Cushman, et al.*, Dkt. No. 21-cv-9128**

Dear Judge Figueredo:

    This firm represents the Plaintiffs in the above-captioned case. We submit this joint letter on behalf of all parties in response to the Court's November 4, 2022 Order. Dkt. No. 133.

    The parties have commenced settlement conversations. While the parties have not yet reached an agreement in principle, they believe that resolution by settlement is possible and that it would be beneficial to receive guidance from the Court. The parties defer to the Court's availability and schedule but propose that the upcoming November 21, 2022 conference proceed as scheduled so that the parties and the Court may engage in a preliminary conversation about next steps, including the possibility of staying or extending pending discovery deadlines and scheduling a settlement conference before the Court.

              Respectfully submitted,

              /s/ Elisabeth A. Shane
              /s/ Gargi Chaudhuri
              *Counsel for Plaintiffs*

              [*additional signatures below*]

Patterson Belknap Webb & Tyler LLP  1133 Avenue of the Americas, New York, NY 10036  T 212.336.2000  F 212.336.2222

November 14, 2022
Page 2

/s/ Eric Eichenholtz
Eric Eichenholtz
Krista Friedrich
City of New York
Law Department
100 Church Street
New York, NY 10007
eeichenh@law.nyc.gov
kfriedri@law.nyc.gov

*Counsel for Defendants Steven Stein Cushman, in his official capacity as Corporation Counsel, Georgia Pestana, personally, and Melinda Katz, personally and in her official capacity as the District Attorney of Queens County*

/s/ Elizabeth A. Figueira
Elizabeth A. Figueira
Joya C. Sonnenfeldt
Assistant Attorneys General
28 Liberty Street, 17th Floor
New York, New York 10005
elizabeth.figueira@ag.ny.gov
joya.sonnenfeldt@ag.ny.gov

*Counsel for Defendants Hector D. LaSalle, in his official capacity, and Andrea E. Bonina, personally and in her official capacity*

/s/ Mark M. Elliott
ELLIOTT KWOK LEVINE & JAROSLAW LLP
Mark M. Elliott
Rachel J. Rodriguez
565 Fifth Avenue, 7th Floor
New York, NY 10017
MElliott@ekljlaw.com
RRodriguez@ekljlaw.com

*Counsel for Defendant Diana Maxfield Kearse, personally and in her official capacity as Chief Counsel of the State of New York Grievance Committee for the Second, Eleventh and Thirteenth Judicial Districts*