

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8184

December 9, 2022

Application Granted
Valerie Figueredo, U.S.M.J.
DATED: 12-12-2022

**BY ECF**

Hon. Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Civil Rights Corps, et al. v. Cushman, et al.,* 21-cv-9128 (VM) (VF)

Dear Magistrate Figueredo:

The Office of the Attorney General represents Defendants Andrea E. Bonina, and Hector D. LaSalle, Presiding Justice of the Supreme Court of the State of New York, Appellate Division, Second Department, in the above-referenced action. This letter is submitted on behalf of all parties in response to the Court's December 8, 2022 Order. Dkt. No. 138.

Settlement discussions between the parties continue in preparation for the January 19, 2023 settlement conference with the Court. *See* Dkt No. 135. The parties held a conference on December 5, 2022, during which they agreed as to the participants with settlement authority and discussed other substantive issues. Plaintiffs agreed to produce Patterson Belknap's records as to case timekeepers and the hours per timekeeper. They also agreed to produce records for the hours expended on this litigation by attorneys at Civil Rights Corps. The Second Department will produce other examples of its application of the standing policy to attorney grievance complaints. The parties have scheduled another conference for Tuesday, December 20, 2022.

As the Court has stayed case deadlines *sine die* pursuant to its November 21, 2022 order, *see* Dkt No. 135, the parties do not have any discovery-related issues that require the Court's attention. Accordingly, we respectfully request adjournment of the December 15, 2022 conference.

Sincerely,

*/s/ Joya C. Sonnenfeldt*
Joya C. Sonnenfeldt
Assistant Attorney General