

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8184

December 22, 2022

**BY ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Civil Rights Corps, et al. v. Cushman, et al.,* 21-cv-9128 (VM) (VF)

Dear Judge Marrero:

The Office of the Attorney General represents Defendants Andrea E. Bonina, and Hector D. LaSalle, Presiding Justice of the Supreme Court of the State of New York, Appellate Division, Second Department, in the above-referenced action. This letter is submitted on behalf of all parties to request adjournment of the January 20, 2023 status conference with Your Honor (ECF No. 116).

Magistrate Judge Figueredo has scheduled a settlement conference with the parties for January 19, 2023 and has stayed discovery deadlines *sine die*. (ECF No. 135.)

We respectfully request that Your Honor adjourn the January 20, 2023 status conference *sine die*. We further propose that if the matter does not settle and Magistrate Judge Figueredo orders a new discovery schedule, the parties shall submit a letter to Your Honor within a week of the entry of the new discovery schedule requesting a post-discovery status conference.

Sincerely,

*/s/ Joya C. Sonnenfeldt*



**Request GRANTED.** The status conference scheduled for January 20, 2023 is hereby adjourned *sine die* pending the January 19 settlement conference with the Magistrate Judge. Should the parties fail to settle, the parties shall propose a new date for a status conference within one week of the entry of the new discovery schedule.

**SO ORDERED.**

12/23/2022
DATE

Victor Marrero, U.S.D.J.