```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CIVIL RIGHTS CORPS, et al.,

                Plaintiffs,

- against -

GEORGIA PESTANA, et al.,

                Defendants.

21 Civ. 9128 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On February 28, 2023, counsel for plaintiffs Cynthia Godsoe, Nicole Smith Futrell, Daniel Medwed, Justin Murray, Abbe Smith, Steven Zeidman, and non-profit organization Civil Rights Corps (collectively, "Plaintiffs") filed a letter requesting a pre-motion conference regarding Plaintiffs' proposed motion for partial summary judgment on Count IV of Plaintiffs' Complaint. (Dkt. No. 146.) Within seven (7) days of the date of this Order, the parties shall submit a joint letter, not to exceed five (5) pages, setting forth the issue, the dispute, and the parties' respective positions on the proposed motion. Upon review of the joint letter, the Court will determine whether a pre-motion conference is warranted.

**SO ORDERED.**

Dated:    2 March 2023
            New York, New York

                                                  _____
                                                    Victor Marrero
                                                      U.S.D.J.