```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CIVIL RIGHTS CORPS, et al.,

                Plaintiffs,

    - against -

GEORGIA PESTANA, et al.,

                Defendants.

**21 Civ. 9128 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On March 9, 2023, the parties in this matter filed a joint letter (Dkt. No. 151) in response to this Court's Order dated March 2, 2023 (Dkt. No. 147). The letter stated the parties' respective positions on Plaintiffs' proposed motion for partial summary judgment on Count IV of Plaintiffs' Complaint and further indicated that a status conference will be held before Magistrate Judge Valerie Figueredo on March 21, 2023 at which the parties will discuss the scope of the discovery remaining in this matter. Having reviewed the parties' letter, the Court hereby directs the parties to file a joint letter within three (3) days of the March 21 status conference, providing an update on the status of discovery and schedule for completion.

**SO ORDERED.**

Dated:     15 March 2023
            New York, New York

_____
Victor Marrero
U.S.D.J.