**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CIVIL RIGHTS CORPS, CYNTHIA GODSOE, NICOLE SMITH FUTRELL, DANIEL S. MEDWED, JUSTIN MURRAY, ABBE SMITH, AND STEVEN ZEIDMAN, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN STEIN CUSHMAN, Corporation Counsel of the City of New York, in his official capacity; GEORGIA PESTANA, Former Corporation Counsel of the City of New York, in her personal capacity; MELINDA KATZ, the District Attorney for Queens County, in her official and personal capacity; HECTOR D. LASALLE, Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, in his official capacity, <br><br> Defendants. | Case No. 1:21-cv-09128 (VM) <br><br> Hon. Victor Marrero <br><br> **NOTICE OF MOTION** <br><br> **ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiffs Civil Rights Corps, Cynthia Godsoe, Nicole Smith Futrell, Daniel S. Medwed, Justin Murray, Abbe Smith, and Steven Zeidman, by and through their undersigned counsel, move for an order of summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion, as well as such other and further relief as may be just and proper.

Dated: July 28, 2023
      New York, New York

                                              /s/ Gregory L. Diskant
                                              Gregory L. Diskant
                                              Elisabeth Shane
                                              Shelley Attadgie
                                              PATTERSON BELKNAP WEBB & TYLER LLP
                                              1133 Avenue of the Americas
                                              New York, New York 10036
                                              Tel: 212-336-2000
                                              Fax: 212-335-2222
                                              gldiskant@pbwt.com
                                              eshane@pbwt.com
                                              sattadgie@pbwt.com

                                              *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2023, I caused the foregoing document to be served upon counsel of record via ECF.

/s/ Gregory L. Diskant
Gregory L. Diskant