UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIVIL RIGHTS CORPS, et al.,<br><br>                 Plaintiffs,<br>     v.<br><br>STEVEN STEIN CUSHMAN, Corporation Counsel of the City of New York, et al.,<br><br>                 Defendants. | No. 21-cv-9128 (VM) (VF)<br><br>**NOTICE OF DEFENDANT JUSTICE HECTOR D. LASALLE'S CROSS-MOTION FOR SUMMARY JUDGMENT ON THE FOURTH CLAIM** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, defendant Justice Hector D. LaSalle's statement of undisputed material facts pursuant to Rule 56.1 of the Local Civil Rules of United States District Courts for the Southern and Eastern Districts of New York, and the declarations of Justice LaSalle, Darrell M. Joseph, Andrea E. Bonina, Catherine A. Sheridan, Diana Maxfield Kearse, and Joya C. Sonnenfeldt, and the exhibits attached thereto, Justice LaSalle, by and through his undersigned counsel, moves for an order of summary judgment in his favor on the Fourth Claim of the Complaint (ECF No. 59 at ¶¶ 96-105), pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing this action and such further relief as may be just and proper.

Dated: New York, New York
         October 6, 2023

LETITIA JAMES
Attorney General
State of New York

*Elizabeth A. Figueira*
ELIZABETH ANNE FIGUEIRA
JOYA C. SONNENFELDT
Assistant Attorneys General
28 Liberty Street, 16th Floor
New York, New York 10005
Tel: (212) 416-8528
elizabeth.figueira@ag.ny.gov
joya.sonnenfeldt@ag.ny.gov
*Attorneys for Justice LaSalle*