**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-four,

_____

Civil Rights Corps., Cynthia Godsoe, Nicole Smith Futrell, Daniel S. Medwed, Justin Murray, Abbe Smith, Steven Zeidman,

      Plaintiffs - Appellees,

v.

Georgia Mary Pestana, Personal Capacity and in her official capacity as Corporation Counsel of the City of New York, Melinda Katz, Personal Capacity and in her official capacity as the District Attorney of Queens County,

      Defendants - Appellants

Andrea E. Bonina, Personal Capacity and in her official capacity as Chair of State of New York Greivance Committee for the Second, Eleventh and Thirteenth Judicial Districts, Diana Maxfield Kearse, Personal Capacity and in her official capacity Cheif Counsel of the State of New York Greivance Committee for the Second, Eleventh and Thirteenth Judicial District, Hector D. Lasalle, In his official capacity Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York,

      Defendants
_____

**ORDER**

Docket No. 22-1520

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 13 2024

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/12/2024