UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIVIL RIGHTS CORPS, CYNTHIA GODSOE, NICOLE SMITH FUTRELL, DANIEL S. MEDWED, JUSTIN MURRAY, ABBE SMITH, AND STEVEN ZEIDMAN,<br><br>                         Plaintiffs,<br><br>v.<br><br>STEVEN STEIN CUSHMAN, Corporation Counsel of the City of New York, in his official capacity; GEORGIA PESTANA, Former Corporation Counsel of the City of New York, in her personal capacity; MELINDA KATZ, the District Attorney for Queens County, in her official and personal capacity; and HECTOR D. LASALLE, Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, in his official capacity,<br><br>                         Defendants. | No. 21-CV-9128 (VM) (VF)<br><br>Hon. Victor Marrero<br>Hon. Valerie Figueredo<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

   IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that upon reaching a settlement agreement, all claims in the above-captioned action are voluntarily dismissed, with prejudice, against the City Defendants (Steven Stein Cushman, Georgia Pestana, and Melinda Katz) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| *Attorney for the Plaintiffs* | *Counsel for Steven Stein Cushman, Georgia Pestana, and Melinda Katz* |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Gregory L. Diskant | Eric Eichenholtz |
|  | Krista Friedrich |
| PATTERSON BELKNAP WEBB & TYLER LLP | ASSISTANT CORPORATION COUNSEL |
| 1133 Avenue of the Americas | 100 Church Street, Room 6-103 |
| New York, New York 10036 | New York, New York 10007 |
| Telephone: (212) 336-2000 | Telephone: (212) 356-2430 |
| gldiskant@pbwt.com | eeichenh@law.nyc.gov |
|  | kfriedri@law.nyc.gov |
| Dated: New York, NY | |
| April 4, 2024 | Dated: New York, NY |
|  | April 8, 2024 |

*Attorney for Justice Hector D. LaSalle*

LETITIA JAMES
Attorney General
State of New York

By: *(signature)*

Joya Sonnenfeldt
Elizabeth Anne Figueira

ASSISTANT ATTORNEYS GENERAL
28 Liberty Street, 16th Floor
New York, New York 10005
Telephone: (212) 416-8528/8184
elizabeth.figueira@ag.ny.gov
joya.sonnenfeldt@ag.ny.gov

Dated: New York, NY
April 4, 2024

2