**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CIVIL RIGHTS CORPS, CYNTHIA GODSOE, NICOLE SMITH FUTRELL, DANIEL S. MEDWED, JUSTIN MURRAY, ABBE SMITH, AND STEVEN ZEIDMAN, <br><br> Plaintiffs, <br><br> v. <br><br> HECTOR D. LASALLE, Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, in his official capacity, <br><br> Defendant. | Case No. 1:21-cv-09128 (VM) <br><br> Hon. Victor Marrero <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiffs Civil Rights Corps, and Professors Cynthia Godsoe, Nicole Smith Futrell, Daniel S. Medwed, Justin Murray, Abbe Smith, and Steven Zeidman, by and through their undersigned counsel, move for an order for attorneys' fees and costs pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion, as well as such other and further relief as may be just and proper.

Dated: August 5, 2024
      New York, New York

                                Respectfully submitted,

                                /s/ Gregory L. Diskant
                                Gregory L. Diskant
                                Elisabeth Shane
                                Shelley Attadgie
                                PATTERSON BELKNAPWEBB & TYLER LLP
                                1133 Avenue of the Americas
                                New York, New York 10036
                                Tel: 212-336-2000
                                Fax: 212-335-2222
                                gldiskant@pbwt.com
                                eshane@pbwt.com
                                sattadgie@pbwt.com

                                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 5, 2024, I caused the foregoing document to be served upon counsel of record via ECF.

                        /s/ Gregory L. Diskant
                        Gregory L. Diskant