UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CIVIL RIGHTS CORPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN STEIN CUSHMAN, <br> Corporation Counsel of the City of New York, et al., <br><br> Defendants. | No. 21-cv-9128 (VM) (VF) <br><br> **NOTICE OF APPEAL** |

To the Clerk of the Court and all parties of record:

Notice is hereby given that Defendant Hector D. LaSalle, Presiding Justice of the Second Judicial Department of the Appellate Division of the New York Supreme Court, hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment dated and filed July 22, 2024 (ECF No. 210), and any order that has merged into that judgment.

Dated: New York, New York
August 21, 2024

LETITIA JAMES
Attorney General
State of New York

/s/ *Elizabeth Anne Figueira*

ELIZABETH ANNE FIGUEIRA
JOYA C. SONNENFELDT
Assistant Attorneys General
28 Liberty Street, 16th Floor
New York, New York 10005
Tel: (212) 416-8528
elizabeth.figueira@ag.ny.gov
joya.sonnenfeldt@ag.ny.gov
*Attorneys for Justice LaSalle*