UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CIVIL RIGHTS CORPS, et al.,

                        Plaintiffs,                    **21-CV-9128 (VM) (VF)**

      -against-                              **ORDER**

STEVEN STEIN CUSHMAN, et al.,

                        Defendant(s).
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Clerk of Court is directed to terminate the gavel at ECF No. 211. Per Judge Marrero's order at ECF No. 220, the deadline for briefing the motion for attorneys' fees at ECF No. 211 is suspended *sine die*. The Court will address the motion once it is fully briefed.

      **SO ORDERED.**

DATED:    New York, New York
                January 17, 2025

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge