

**Office of the New York State Attorney General**

**Letitia James Attorney General**

December 12, 2025

**By ECF**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *Civil Rights Corps v. Cushman, et al.*, 21-cv-9128 (VM)(VF)

Dear Judge Marrero:

The Office of New York Attorney General ("OAG") represents defendant Justice Hector D. LaSalle, Presiding Justice of the Second Judicial Department of the Appellate Division of the Supreme Court of the State of New York, in his official capacity in the above-referenced action. I write to respectfully request that the Court direct the Clerk to terminate the appearances of Assistant Attorneys General Elizabeth A. Figueira and Joya Sonnenfeldt in this action. Ms. Figueira has left the OAG for another position as of December 12, 2025, and Ms. Sonnenfeldt has taken employment in a different bureau of the OAG. Justice LaSalle will continue to be represented by OAG and myself, such that no substitution is necessary.

Thank you for your consideration in this matter.

Respectfully submitted,

/s/ Yuval Rubinstein
YUVAL RUBINSTEIN
Assistant Attorney General
212-416-8673
Yuval.Rubinstein@ag.ny.gov