**Office of the New York State Attorney General**

**Letitia James Attorney General**

August 7, 2026

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Civil Rights Corps v. LaSalle*, No. 1:21-cv-9128-VM-VF

Dear Judge Marrero:

I represent defendant Hector D. LaSalle, Presiding Justice of the Supreme Court of the State of New York, Appellate Division, Second Department, in the above-referenced matter. I write on behalf of all parties concerning the briefing schedule on plaintiffs' motion for attorneys' fees and costs (ECF 211-213) in light of the possible filing of a petition for a writ of certiorari.

On August 23, 2024, this Court suspended the briefing schedule on plaintiffs' pending motion for attorneys' fees and directed the parties "to propose a new briefing schedule within 14 days of the Second Circuit's final determination of Defendant LaSalle's appeal." (ECF 220.) On July 29, 2026, the Second Circuit issued a decision affirming this Court's judgment. *Civil Rights Corps v. LaSalle*, No. 24-2251, 2026 WL 2177359 (2d Cir. July 29, 2026). Justice LaSalle and his counsel are currently engaging in discussions and deliberations about whether to petition for Supreme Court review of the Second Circuit's decision.

The parties respectfully request that this Court suspend the briefing schedule on plaintiffs' fee motion—and otherwise hold this matter in abeyance—pending the filing and determination of a petition for a writ of certiorari or until such time that Justice LaSalle decides not to seek Supreme Court review. In the interim, the parties agree that plaintiffs will not seek to enforce this Court's declaratory judgment during the time permitted for the filing of a petition for certiorari and during the pendency of any petition filed. *See* Sup. Ct. R. 13. The parties further

agree that Justice LaSalle will promptly notify plaintiffs if he decides not to seek Supreme Court review.

Respectfully submitted,

/s/
YUVAL RUBINSTEIN
Assistant Attorney General
(212) 416-8673
Yuval.Rubinstein@ag.ny.gov

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 8, 2026**

The parties are directed to submit a letter **within five (5) days of deciding not to seek Supreme Court review** or **within five (5) days of a decision from the Supreme Court on the petition**. The Court will enter a briefing schedule, if necessary, at that time.